Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 123034
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Roberts,<br><br>Plaintiff,<br><br>v.<br><br>Happy Mutants, LLC,<br><br>Defendant. | **Case No. 3:21-cv-07627-CRB**<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(ii)** ; ORDER<br><br>Judge: Hon. Charles R. Breyer<br>Magistrate Judge:<br>Complaint Filed: |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *with prejudice* with each side to bear its own attorney's fees and costs.

//

//

//

//

SO STIPULATED

DATED: April 25, 2022

**SANDERS LAW GROUP**

By: */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
*Attorneys for Plaintiff*

**BALLARD SPAHR, LLP**

By: */s Robert S. Guttierrez*
Robert S. Guttierrez, Esq.
*Attorneys for Defendant*

  The filer of the foregoing and hereby certifies that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated: April 25, 2022

          */s/ Craig B. Sanders*
          Craig B. Sanders, Esq.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Roberts,<br><br>Plaintiff,<br><br>v.<br><br>Happy Mutants, LLC,<br><br>Defendant. | **Case No. 3:21-cv-07627-CRB**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Zachary Roberts and Defendant Happy Mutants, LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: April 27, 2022

_____
Charles R. Breyer

Case No. 3:21-cv-07627-CRB

ORDER OF DISMISSAL